UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| NOELLE K. HENSON,<br>　　　　　Plaintiff,<br>　　v.<br>MICHAEL ASTREW,<br>　　　　　Defendant. | Case No.　15-cv-03205-NJV<br><br>**ORDER TO RESPOND** |

　　　　Plaintiff filed this action on July 10, 2015.  Defendant's Answer was filed on November 23, 2015 and the Administrative Transcript was filed November 30, 2015.  Pursuant to the Procedural Order in this case, Plaintiff was to serve and file a motion for summary judgment or for remand within 30 days of service of the answer.  (Doc. 3) at 1.  Plaintiff did not file a motion.  On January 12, 2016, Plaintiff filed a Notice of Change of Address.  In response, Defendant resent a copy of the Administrative Transcript and Answer to Plaintiff's new address.  See (Docs. 17 & 18).  Plaintiff still failed to file a motion.  On March 1, 2016, Defendant filed a Motion for Summary Judgment and a Motion to Dismiss for Lack of Prosecution.  Plaintiff has failed to timely respond to either of these Motions.

　　　　Accordingly, it is ORDERED that Plaintiff shall, on or before April 15, 2016, respond to the Motion for Summary Judgment.  ***Failure to Respond will result in the court taking Defendant's Motion as unopposed.***

　　　　**IT IS SO ORDERED**.

Dated: March 31, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOELLE K. HENSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL ASTREW,<br><br>　　　　Defendant. | Case No.  15-cv-03205-NJV<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee of the U.S. District Court, Northern District of California.

　　　That on March 31, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Noelle K. Henson
101 North Franklin Street
Fort Bragg, CA 95437


Dated: March 31, 2016

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Robert Illman, Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable NANDOR J. VADAS

2